UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | No. 3:09-CR-00052(01)RM |
| | ) | |
| DAVID LEE HOEVENER | ) | |

## ORDER

No objections have been filed to the magistrate judge's findings and recommendation upon a plea of guilty issued on July 7, 2009 [Doc. No. 23]. Accordingly, the court now ADOPTS those findings and recommendation, ACCEPTS defendant David Hoevener's plea of guilty, and FINDS the defendant guilty of Count 3 of the Indictment, in violation of 26 U.S.C. § 5861(d) and 5871.

SO ORDERED.

ENTERED:   August 5, 2009

                                          /s/ Robert L. Miller, Jr.
                                          Chief Judge
                                          United States District Court